CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

DEC 21 2012

JULIA C. DUDLEY, CLERK
BY: /s/ J. Cluff
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| HABAKKUK E. BEN YOWEL, | CASE NO. 7:12CV00569 |
| Plaintiff, | |
| | FINAL ORDER |
| v. | |
| VIRGINIA DEPARTMENT OF CORRECTIONS DIRECTOR, ET AL., | By: James C. Turk |
| | Senior United States District Judge |
| Defendant(s). | |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

that this civil action is **DISMISSED** without prejudice, pursuant to 42 U.S.C. § 1997e(a), for failure to exhaust administrative remedies, plaintiff's motion for restraining order is **DENIED**, and this action is stricken from the active docket of the court.

ENTER: This 21st day of December, 2012.

_/s/ James C. Turk_
Senior United States District Judge